IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEREGINALD WALLACE                                                                PETITIONER

VS.                    CASE NO. 5:05CV00257 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                 RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of October 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE